**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
**HAZI AHMED**,                    )
                                   )
      Petitioner,          )
                                   )
      v.                   )    Civil Action No. 05-665 (RWR)
                                   )
**GEORGE W. BUSH et al.**,         )
                                   )
      Respondents.         )
_____)

### ORDER OF DISMISSAL

In light of petitioner's stipulation [35] of dismissal without prejudice and Respondents' response [38], it is hereby

**ORDERED** that this action be, and hereby is, DISMISSED without prejudice.

SIGNED this 10th day of October, 2008.

                                                    /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge